John A. DiLorenzo, Jr., OSB 802040
johndilorenzo@dwt.com
P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| PHILLIP E. OWEN, an individual; OWEN PROPERTIES LLC, an Oregon limited liability company; and MICHAEL L. FEVES, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, an Oregon municipal corporation,<br><br>    Defendant. | Case No. 3:17-cv-00221—SI<br><br>**DECLARATION OF P. ANDREW McSTAY, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

I, P. Andrew McStay, Jr., declare as follows:

    1.    I am one of the attorneys for plaintiffs Phillip E. Owen, Owen Properties LLC, and Michael L. Feves.  I make this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause.  I make this declaration on personal knowledge and, if called as a witness, could and would testify competently to these facts under oath.

Page 1 – DECLARATION OF P. ANDREW McSTAY, JR.

4838-2422-2786v.1 0105706-000003

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

2. Attached as Exhibit 1 is a true and correct copy of Portland Ordinance No. 188219, enacted on February 2, 2017.

3. Attached as Exhibit 2 is a true and correct copy of Portland City Code 3.02.04. I obtained the copy by visiting the City of Portland's website at https://www.portlandoregon.gov/citycode/ on February 9, 2017, and printing the code section.

4. On February 8 and 9, 2017, I reviewed the video stream for the Portland City Council meeting on February 2, 2017, which can be found at the following URL: https://www.youtube.com/watch?v=0QYjObMwlWw&list=PL4m94lCOY10kcH-ufAjNIh1ntElCElA4_&t=19958s&index=5. From approximately 5:23:30 to 5:49:05 on the stream, the Council discussed and voted on various amendments to Ordinance No. 188219. Some of the amendments made certain conceptual changes to the Ordinance without specifying the precise language in which a change would be set forth in the Ordinance.

*I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2017, at Portland, Oregon.*

By: */s/ P. Andrew McStay, Jr.*_____
P. Andrew McStay, Jr.

Page 2 – DECLARATION OF P. ANDREW McSTAY, JR.

4838-2422-2786v.1 0105706-000003

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a copy of the foregoing **DECLARATION OF P. ANDREW McSTAY, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** on:

>Tracy Reeve, City Attorney
>tracy.reeve@portlandoregon.gov
>Harry Auerbach, Chief Deputy City Attorney
>harry.auerbach@portlandoregon.gov
>Rebeca Plaza, Deputy City Attorney
>rebeca.plaza@portlandoregon.gov
>Office of City Attorney
>1221 SW 4th Avenue, Suite 430
>Portland, OR 97204
>Telephone (503) 823-4047
>Facsimile (503) 823-3089

>Of Attorneys for Defendant

☒    by using CM/ECF electronic service.

Dated this 10th day of February, 2017.

>DAVIS WRIGHT TREMAINE LLP
>
>By */s/ John DiLorenzo, Jr.*
>John A. DiLorenzo, Jr. , OSB #802040
>johndilorenzo@dwt.com
>P. Andrew McStay, Jr., OSB #033997
>andymcstay@dwt.com
>Telephone:  (503) 241-2300
>Facsimile:  (503) 778-5299
>
>Attorneys for Plaintiffs

Page 1 - CERTIFICATE OF SERVICE

4838-2422-2786v.1 0105706-000003

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax