TRACY REEVE, Oregon State Bar ID Number 891123
City Attorney
Email: tracy.reeve@portlandoregon.gov
HARRY AUERBACH, Oregon State Bar ID Number 821830
Chief Deputy City Attorney
Email: harry.auerbach@portlandoregon.gov
DENIS M. VANNIER, Oregon State Bar ID Number 044406
Deputy City Attorney
Email: Denis.Vannier@portlandoregon.gov
REBECA PLAZA, Oregon State Bar ID Number053504
Deputy City Attorney
Email: rebeca.plaza@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| PHILLIP E. OWEN, an individual; OWEN PROPERTIES LLC, an Oregon limited liability company; and MICHAEL L. FEVES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, an Oregon municipal corporation,<br><br>Defendant. | 3:17-cv-00221-SI<br><br>**SUPPLEMENTAL DECLARATION OF DENIS VANNIER**<br><br>**(In Support of Defendant City of Portland's Response to Plaintiffs' Motion for Temporary Restraining Order)** |

I, Denis Vannier, declare as follows:

1. I make this supplemental declaration in support of Defendant City of Portland's Response to Plaintiffs' Motion for Temporary Restraining Order.

2. I am a Deputy City Attorney for the City of Portland.

Page  1 –    SUPPLEMENTAL DECLARATION OF DENIS VANNIER

3. Attached as Exhibit 7 to my supplemental declaration is a July 7, 2016 Opinion written by Emily M. Maass, Deputy Legislative Counsel, to Representative Tina Kotek regarding "Local authority to require landlord to pay relocation expense to tenant when landlord terminates tnetan'ts month-to-month tenancy without cause."

4. I just became aware of this opinion today.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: February 14, 2017.

                                      */s/ Denis Vannier*
                                      Denis Vannier