**Becky Straus**
OSB #102080
bstraus@oregonlawcenter.org
**Marisa Samuelson**
OSB #144234
msamuelson@oregonlawcenter.org
**Monica Goracke**
OSB #060650
mgoracke@oregonlawcenter.org
**OREGON LAW CENTER**
522 SW Fifth Ave., Suite 812
Portland, OR 97204
Phone (503) 295-2760
Fax (503) 295-0676

**Andrea Ogston**
OSB #053360
andrea.ogston@lasoregon.org
**Julia S. Olsen**
OSB #960108
julia.olsen@lasoregon.org
**LEGAL AID SERVICES OF OREGON**
520 SW Sixth Ave., Suite 700
Portland, OR  97204
Phone (503) 224-4086
Fax (503) 295-9496
Attorneys for Intervener-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILLIP E. OWEN, an individual**;** OWEN PROPERTIES LLC, an Oregon limited liability company; and MICHAEL L. FEVES, an individual,<br><br>                    Plaintiffs,<br><br>     v. | **Case No.:  3:17-cv-00221-SI**<br><br>**TENANTS' MOTION TO INTERVENE UNDER F.R.C.P. 24** |

1    TENANTS' MOTION TO INTERVENE

CITY OF PORTLAND, an Oregon municipal corporation,

                Defendant.

### LR 7-1 CERTIFICATION

Counsel for Intervenor-Defendants Coya Crespin, Scott Carroll, and Yesica Sanchez has conferred with counsel for Plaintiffs Phillip E. Owen, Owen Properties LLC, and Michael L. Feves and Defendant City of Portland. Plaintiffs do not consent to the intervention. Defendant consents to the intervention.

### MOTION

Coya Crespin, Scott Carroll, and Yesica Sanchez ("Tenants") move to intervene permissively in this action as defendants under Fed. R. Civ. P. 24(b). Alternatively, Tenants move that the attached documents be considered by the Court in the form of an *amicus curiae* brief. This motion is supported by the attached memorandum in support and declarations of Coya Crespin, Scott Carroll, and Yesica Sanchez.

DATED this 14th day of February, 2017.

                OREGON LAW CENTER

                By: /s/ Monica Goracke
                MONICA GORACKE, OSB #060650
                E-mail: mgoracke@oregonlawcenter.org
                Oregon Law Center
                522 SW Fifth Ave., Suite 812
                Portland, OR 97204
                Telephone: (503) 473-8312
                Facsimile: (503) 295-0676
                    Of Attorneys for Intervener-Defendants
                    Additional counsel listed on caption page