John A. DiLorenzo, Jr., OSB 802040
johndilorenzo@dwt.com
P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| PHILLIP E. OWEN, an individual; OWEN PROPERTIES LLC, an Oregon limited liability company; and MICHAEL L. FEVES, an individual,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF PORTLAND, an Oregon municipal corporation,<br><br>                Defendant. | Case No. 3:17-cv-00221—SI<br><br>**SUPPLEMENTAL DECLARATION OF P. ANDREW McSTAY, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

I, P. Andrew McStay, Jr., declare as follows:

1.    I am one of the attorneys for plaintiffs Phillip E. Owen, Owen Properties LLC, and Michael L. Feves.  I make this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause.  I make this declaration on personal knowledge and, if called as a witness, could and would testify competently to these facts under oath.

Page 1 – SUPPLEMENTAL DECLARATION OF P. ANDREW McSTAY, JR.

4837-8847-5971v.1 0105706-000003

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

2. Attached as Exhibit 3 is a true and correct copy of an October 14, 2016 Opinion written by Emily M. Maass, Deputy Legislative Counsel, regarding "Local Authority to Enact and Enforce an Ordinance Prohibiting Landlords from Terminating Month-to-Month Rental Agreements Without Cause."

3. Attached as Exhibit 4 is a true and correct copy of an April 21, 2016 Opinion from Tracy P. Reeve, City Attorney, and Denis Vannier, Deputy City Attorney, to Commissioner Dan Saltzman regarding "Moratorium on No-Cause Termination of Tenancies."

*I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2017, at Portland, Oregon.*

        By: */s/ P. Andrew McStay, Jr.*_____
            P. Andrew McStay, Jr.

Page 2 – SUPPLEMENTAL DECLARATION OF P. ANDREW McSTAY, JR.

4837-8847-5971v.1 0105706-000003

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **SUPPLEMENTAL DECLARATION OF P. ANDREW McSTAY, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** on:

>Tracy Reeve, City Attorney
>tracy.reeve@portlandoregon.gov
>Harry Auerbach, Chief Deputy City Attorney
>harry.auerbach@portlandoregon.gov
>Rebeca Plaza, Deputy City Attorney
>rebeca.plaza@portlandoregon.gov
>Denis Vannier, Deputy City Attorney
>Denis.vanier@portlandoregon.gov
>Office of City Attorney
>1221 SW Fourth Avenue, Suite 430
>Portland, OR 97204
>Telephone (503) 823-4047
>Facsimile (503) 823-3089

Attorneys for Defendant

☒   by using CM/ECF electronic service.

Dated this 14th day of February, 2017.

**DAVIS WRIGHT TREMAINE LLP**

By */s/ John DiLorenzo, Jr.*
John A. DiLorenzo, Jr. , OSB #802040
johndilorenzo@dwt.com
P. Andrew McStay, Jr., OSB #033997
andymcstay@dwt.com
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Plaintiffs

Page 1 - CERTIFICATE OF SERVICE

4837-8847-5971v.1 0105706-000003

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax